**KNIGHT LAW GROUP LLP**
Roger Kirnos (SBN 283163)
kirnosrk@knightlaw.com
Maite Colon (SBN 322284)
maitec@knightlaw.com
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973
Attorneys for Plaintiffs,
**LILIBETH GUILLEN and**
**ELIZA FRAGO**

**ONGARO PC**
Scott S. Shepardson (SBN 197446)
sshepardson@ongaropc.com
Jonathan S. Sniderman (SBN 327718)
jsniderman@ongaropc.com
1604 Union Street
San Francisco, CA 94123
Telephone: (415) 433-3900
Fax: (415) 433-3950
Attorneys for Defendant,
**FCA US LLC**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIBETH GUILLEN and ELIZA FRAGO,<br><br>Plaintiffs,<br>v.<br>FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO: 2:23-cv-06527-SPG-AGR**<br><br>Honorable Sherilyn Peace Garnett<br><br>**JOINT STATUS REPORT REGARDING THE STATUS OF SETTLEMENT** |

-1-
JOINT STATUS REPORT

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

WHEREAS, on September 12, 2023, Plaintiffs Lilibeth Guillen and Eliza Frago and Defendant FCA US LLC (jointly referred to as the "Parties"), filed a Notice of Settlement in the above-titled case. See Dkt. No. 16. In their Joint Notice of Settlement, the Parties informed the Court that once all terms of the settlement are completed and payment is received by the Plaintiffs, and after payment of Plaintiffs' attorney fees, cost and expenses to be determined by agreement of Plaintff and Defendant or by noticed motion, then the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice.

WHEREAS on September 12, 2023, this Court issued a Scheduling Notice and Order for a Show Cause Hearing set for October 18, 2023. See Dkt. No. 17.

WHERAS, as of the date of the filing of this Joint Statement, the Parties are still working to complete all of the terms of the settlement.

As of the date of this filing, the subject vehicle has not been surrendered as Plaintiffs are pending surrender information from Defendant and Plaintiffs have not received a check for the settlement amount owed and therefore, the Parties are still working to complete these obligations under the settlement. Once the surrender of the subject vehicle has been completed, Defendant will provide Plaintiffs with the agreed-upon settlement amount immediately after the surrender. Additionally, attorneys' fees, costs, and expenses remain at issue and should the Parties be unable to resolve fees informally, Plaintiffs will be filing a Motion for Attorney's fees.

WHEREAS, Plaintiffs contend that they will suffer irreparable harm if this matter is dismissed prior the completion of all terms of the settlement.

WHEREFORE, the Parties request for this Court to continue the Show Cause Hearing to December 18, 2023 or a date convenient for the Court to allow the Parties to complete the terms of the settlement.

WHEREAS, good cause exists to continue the Show Cause Hearing because

the Parties have yet to complete all terms of the settlement, including surrender of the subject vehicle and tender of the settlement amount.

    WHEREFORE, the Parties request for this Court to continue the Show Cause Hearing to December 18, 2023 or a date convenient for the Court while the remaining terms of settlement are completed.

IT IS SO STIPULATED:

Dated:    October 13, 2023

Respectfully Submitted,
**KNIGHT LAW GROUP, LLP**

*/s/ Maite Colon*
Maite Colon
Attorney for Plaintiffs

Dated:    October 13, 2023

**ONGARO PC**

*/s/ Jonathan S. Sinderman*
Scott S. Shepardson
Jonathan S. Sinderman
Attorneys for Defendant
FCA US LLC