# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIBETH GUILLEN and ELIZA FRAGO,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO : 2:23-cv-06527-SPG-AGR<br><br>[PROPOSED] ORDER GRANTING JOINT STATUS REPORT REGARDING THE STATUS OF SETTLEMENT [ECF NO. 18] |

  On October 13, 2023, the Parties filed a Joint Status Report Regarding the Status of Settlement.

  The Parties updated the Court on the status of settlement and requested a continuance of the Order to Show Cause re Dismissal hearing to allow the Parties to finalize the settlement.

1  The Court, having considered the Parties' status report and request and
2  finding good cause therefor, hereby GRANTS the request for a continuance and
3  ORDERS as follows:
4  1. The Order to Show Cause Hearing is hereby continued to December 18,
5  2023.
6  IT IS SO ORDERED.

Dated:

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE