JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LILIBETH GUILLEN and ELIZA FRAGO,**<br><br>Plaintiffs,<br><br> v.<br><br>**FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,**<br><br>**Defendants.** | CASE NO : 2:23-cv-06527-SPG-AGR<br><br>**ORDER GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Honorable Sherilyn Peace Garnett |

-1-
ORDER GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

-2-

**ORDER**

The Joint Stipulation is approved. The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: December 26, 2023



HON. SHERILYN PEACE GARNETT